# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARVIN RHODEN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 04-cv-939-JPG |
| ) | |
| GARY BUNDREN, ERNIE THOMPSON, ) | |
| and JOHN DOE THOMAS, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** judgment is entered in favor of defendants Gary Bundren, Ernie Thompson, and John Doe (surname Thomas) and against plaintiff Marvin Rhoden on all claims. The case is **DISMISSED WITH PREJUDICE**.

**DATED: March 19, 2008.**

                                            **NORBERT G. JAWORSKI, CLERK**

                                            s/Brenda K. Lowe
                                            **Deputy Clerk**

**APPROVED:** s/ J. Phil Gilbert
                    **J. PHIL GILBERT**
                    **U.S. District Judge**